The Decision and Order below is hereby signed.

Dated: January 8, 2007.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| FANNIE MARY TAYLOR, | ) | Case No. 05-00681 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WILLIAM DOUGLAS WHITE, | ) | |
| Trustee, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. |
| | ) | 05-10081 |
| v. | ) | |
| | ) | |
| JAMES LEROY TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

### DECISION AND ORDER DENYING MOTION TO AMEND SCHEDULING ORDER

The plaintiff has filed a Motion to Amend Scheduling Order (Docket Entry ("DE") No. 13).  The defendant has opposed the motion.  The motion fails to state any grounds for granting the motion, and thus violates LBR 9013-1(b)(1) ("All motions shall state with particularity the grounds therefor . . . .").  Accordingly, the motion does not warrant setting a hearing.  It is thus

    ORDERED that the Motion to Amend Scheduling Order is DENIED without prejudice to the filing of a motion that alleges sufficient grounds to justify amending the scheduling order.

                                              [Signed and dated above.]

Copies to: All counsel of record; Office of United States Trustee.

2

C:\Documents and Settings\teel\My Documents\White vs Jas Taylor (In re  Fannie Mary Taylor) Denom a Order Denying Mtn to Amend Scheduling Order.wpd